UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 08 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CHIPPENDALES USA, LLC,<br><br>　　　　Plaintiff - Appellee,<br><br>　v.<br><br>JESUS JESSE BANERJEE, DBA Easebe Enterprises, Inc.,<br><br>　　　　Defendant - Appellant. | No. 23-55817<br><br>D.C. No. 2:23-cv-03672-PA-PD<br>U.S. District Court for Central California, Los Angeles<br><br>**ORDER** |

　　A review of the docket demonstrates that appellant has failed to respond to the October 4, 2023 order of this court.

　　Pursuant to Ninth Circuit Rule 42-1, this appeal is dismissed for failure to prosecute.

　　This order served on the district court shall, 21 days after the date of the order, act as the mandate of this court.

　　　　　　　　　　　　　　　　　FOR THE COURT:

　　　　　　　　　　　　　　　　　MOLLY C. DWYER
　　　　　　　　　　　　　　　　　CLERK OF COURT